UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PSYBAR, LLC.

                Plaintiff                      Case No. 15-CV-4155
                                                          (MKB) (MDG)
   -v-

DAVID MAHONY,

                Defendant.
-------------------------------------------------------------------x

# STIPULATION OF DISMISSAL

Plaintiff PsyBar, LLC. and Defendant David Mahony, by and through their undersigned counsel, hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) and in support thereof, state as follows:

1. The Parties have reached settlement on all issues raised in this matter.

2. Dismissal of this case with prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a).

3. The Parties request that the Court retain jurisdiction over this action for the limited purpose of enforcing the terms of the settlement agreement.

WHEREFORE, the Parties agree that an Order incorporating the terms of the settlement agreement and dismissing this case with prejudice is appropriate and respectfully request that the Court enter such Order.

2

RESPECTFULLY SUBMITTED this 4th day of December, 2015.

By: /s/ Todd Wengrovsky  
    TODD WENGROVSKY  
    Law Offices of Todd Wengrovsky  
    285 Southfield Road, Box 585  
    Calverton, NY 11933  
    T: 631-727-3400  
    contact@twlegal.com  
    *Counsel for Defendant*

By: /s/ Ted Semaya  
    TED G. SEMAYA  
    EATON & VAN WINKLE LLP  
    Three Park Avenue, 16th Floor  
    New York, NY 10016  
    T: 212-561-3615  
    tsemaya@evw.com  
    *Counsel for Plaintiff*

And now, this  4th  day of December , IT IS SO ORDERED

                                                S/ MKB  
                                      United States District Judge